IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

A.H., *a minor, by her next friend and mother*, Tracey Handling,

    Plaintiff,

v.

MINERSVILLE AREA SCHOOL DISTRICT, et al.,

    Defendants.

3:17-CV-391
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 22nd DAY OF NOVEMBER, 2017**, upon consideration of Defendant's Motion to Dismiss, (Doc. 11), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

_____
Robert D. Mariani
United States District Court Judge