IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AH, MINOR, BY HER NEXT FRIEND AND MOTHER, | : DOCKET NO. 3:17-cv-00391-KM : |
| Plaintiff | : CIVIL ACTION : |
| v. | : JURY TRIAL DEMANDED : |
| MINERSVILLE SCHOOL DISTRICT, | : : |
| Defendant | : |

## JOINT MOTION TO STAY ALL PROCEEDINGS

The Parties respectfully request that this Honorable Court Stay All Proceedings in this matter pending consummation of the Settlement in this matter, and in support thereof, allege the following:

1. On November 19, 2019, the Court held a Settlement Conference in this matter, during which the overall terms of settlement were agreed between the parties.

2. On December 10, 2019 the parties have reached agreement on the content and form of a Settlement Agreement and a Consent Decree, and Plaintiff has executed the Agreement.

3. Consummation of the Settlement requires the following remaining actions:

    a. Consideration and Approval of the Settlement Agreement and Consent Decree by Defendant's Board of Education, scheduled for January 22, 2019.

    b. Plaintiff filing, and the Court issuing an Order approving Settlement in a Minor's Action, and execution of the Consent Decree.

    c. Defendant's payment of the settlement funds within fifteen days of the approval by the Court.

4. The following deadlines from the existing Case Management Order remain pending:

| | | |
|---|---|---|
| i. | Motions In Limine | **December 26, 2019** |
| ii. | Conference between counsel | **January 11, 2020** |
| iii. | Joint Statement of the Law Proposed Verdict Form | **January 27, 2020** |
| iv. | Final Pretrial Conference | **January 31, 2020** |
| v. | Requests to Instruct the Jury Proposed Voir Dire | **February 3, 2020** |
| vi. | Pretrial Memorandum | **February 5, 2020** |
| vii. | Trial briefs | **February 5, 2020** |
| viii. | Trial | **February 10, 2020** |

5. The parties agree that this Schedule should be vacated and all proceedings stayed until January 17, 2020 following the Defendant's School Board Meeting pending Plaintiff filing a Petition to Approve Settlement or certification that the settlement has not been approved by the School Board.

6. The issuance of a sixty day order is not appropriate at this time because such an order would expire (if entered today) on February 14m 2020. Based upon the current timeline, it is possible that settlement will not have been consummated in that timeframe.

WHEREFORE, the parties jointly request that the Court vacate the Trial Scheduling Order dated October 16, 2019, and issue an Order Staying All Proceedings

pending the filing of a Motion to Approve Settlement or certification the Settlement has not been approved by the Defendant's Board of Education.

Respectfully submitted,

| HAHALIS & KOUNOUPIS, P.C. | MARSHALL DENNEHEY |
|---|---|
| BY:/s/ *David L. Deratzian* <br> David L. Deratzian, Esquire <br> 20 E. Broad Street <br> Bethlehem, PA 18018 <br> (610) 865-2608 <br> David@Employmentlaw-lv.com | By: /s/*Christopher J. Conrad* <br> Christopher J. Conrad, Esquire <br> 100 Corporate Center Drive <br> Suite 201 <br> Camp Hill, PA 17011 <br> (717) 651-3531 <br> CJConrad@MDWCG.com |

Date:  December 16, 2019

## **CERTIFICATE OF SERVICE**

I, David L. Deratzian, Esquire, hereby certify that on December 16, 2019 a copy of the Joint Motion to Modify the Scheduling Order upon the person(s) and in the manner indicated below:

    ECF Filing:   Christopher J. Conrad, Esquire
                          Attorney for Defendants

                                          BY:/s/ *David L. Deratzian*

Date:  December 16, 2019